UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIOUS WILSON, | Case No.  1:23-cv-00023-KES-HBK |
| Plaintiff, | AMENDED[1] ORDER STRIKING IMPROPERLY FILED PLEADING |
| v. | (Doc. 56) |
| BUCATO, et al., | ORDER DIRECTING CLERK OF COURT TO OPEN NEW CASE AND TRANSFER |
| Defendants | PLEADING AND PROVIDE PLAINTIFF WITH APPLICATION TO PROCEED IN FORMA PAUPERIS IN NEW ACTION |

This matter comes before the Court upon periodic review of the file.  Pending before the Court is Defendants' motion for summary judgment, which is fully briefed and submitted on the record.  (Docs.  51, 54, 55).  On October 14, 2025, the Clerk received a complaint submitted by Plaintiff and docketed it in this action as Plaintiff's "Lodged First Amended Complaint."  (Doc. 56).

The complaint submitted by Plaintiff, which bears the "Central District of California" in its caption title, does not identify a case number in the caption as required this Court's Local Rule 133(g).  Instead, the submitted complaint lists the instant action as a "previous lawsuit" filed by Plaintiff.  (Doc. 56 at 2).  Further, the defendants identified in the submitted complaint are not the same parties to the instant action.  Further review of the submitted complaint reveals that it complains of events that are not related to the instant action.  (*See generally* Doc. 56).

---

[1]  Amended only to correct the filing fee amount.

Consequently, the Court finds the submitted complaint should not have been filed in the instant action but should have been filed in a new action. Thus, the Court will direct the Clerk to open a new civil action and transfer the improperly filed "Lodged Complaint" to the new action as Plaintiff's complaint.

Accordingly, it is ORDERED:

1. The Clerk of Court is directed to strike Plaintiff's "Lodged Complaint" (Doc. 56) from the docket in the instant action.

2. The Clerk shall open a new prisoner civil rights action, place a copy of this Order as Document No. 1 in the newly opened action, and place a copy of the submitted complaint (Doc. 56) as Document No. 2 in the newly opened action, and title it "Complaint."

3. The Clerk shall provide Plaintiff with notice of the new civil case number and a blank application to proceed *in forma pauperis*.

4. Should Plaintiff wish to proceed on his Complaint in the new action, he shall either pay the $405 filing fee or file the enclosed application to proceed *in forma pauperis* within thirty (30) days of receipt of this Order and the new case number.

5. Plaintiff's failure to timely pay the $405 filing fee or file an application to *proceed in forma pauperis* may result in a recommendation to dismiss the new action for Plaintiff's failure to prosecute the new action.

Dated:     March 2, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2